CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 21 2009

JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **STEPHEN JAMES LATVIS,** | ) | |
| **Plaintiff,** | ) | **Case No. 7:09CV00350** |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| **DR. HOPKINS, MS. BALL,** | ) | **By: Glen E. Conrad** |
| | ) | **United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice; pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion for interlocutory injunctive relief (Dkt. No. 7) is **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 21st day of September, 2009.

[signature]

United States District Judge